IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ERIC L. WILLIAMS,                                           3:14-cv-01732-KI

        Petitioner,                                            ORDER

   v.

MARION FEATHER, Warden,

        Respondent.

KING, Judge

   Petitioner's motion for voluntary dismissal (#15) is GRANTED. This proceeding is DISMISSED, without prejudice.

   IT IS SO ORDERED.

   DATED this ____17th____ day of February, 2015.

                                                /s/ Garr M. King
                                             Garr M. King
                                             United States District Judge